SKINNER, Appellant, *vs.* THOMPSON, Respondent.

1. The court trying an issue made by an interplea in an attachment suit must find the facts, as required by the code.

*Appeal from St. Louis Law Commissioner's Court.*

Skinner sued Vrowman by attachment. Thompson, claiming the property attached under a deed of trust from Vrowman to him to secure a note payable to Martin, filed an interplea. The issue thus made was tried by the court, without a jury, and there was a judgment for the claimant. The record contains no finding of the facts. The plaintiff in the attachment appeals to this court.

*J. W. Skinner*, for appellant.

*Cline & Thompson*, for respondent.

GAMBLE, Judge. The claim filed by Thompson to the property attached in the suit of Skinner *vs.* Vrowman, was to be proceeded in as any other action, in which the right of property was to be determined. The fifteenth section of article five of the code directs, in relation to suits commenced by attachment, "that the pleadings and procedure shall be, as near as may be, according to the provisions of this act." Here was a submission of the case upon the claim of the interpleader to the court sitting as a jury. In such case, the court should have been governed by the code, in finding the facts and pronouncing the law thereon. As this was not done, the judgment is reversed, with the concurrence of the other judges, and the cause remanded.